# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:07cv26

| | |
|---|---|
| COMMSCOPE, INC. OF NORTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| HUBBELL INC. and HUBBELL PREMISE WIRING, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the court on defendant Hubbell Incorporated's Motion to Strike Hubbell Premise Wiring from Complaint and to Correct Name of Defendant. Having considered defendant Hubbell Incorporated's motion and reviewed the pleadings, and finding that all parties consent to such motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant Hubbell Incorporated's Motion to Strike Hubbell Premise Wiring from Complaint and to Correct Name of Defendant (#14) is **GRANTED,** "Hubbell Premise Wiring" is **STRICKEN** from the Complaint *nunc pro tunc*, is **REMOVED** the caption of this proceeding, and is otherwise **TERMINATED** as a defendant herein, and the remaining defendant "Hubbell Inc." is, hereby, **RENAMED** "Hubbell Incorporated" in the caption of the Complaint as well as in the official caption of this action, all *nunc pro tunc*.

Signed: May 30, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge