IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| COMMSCOPE, INC. OF NORTH CAROLINA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | 5:07 CV 026 |
| HUBBELL INCORPORATED, | ) | |
| Defendant. | ) | |

# **ORDER**

**THIS MATTER** is before the court upon the defendant's motions for admission *pro hac vice* (#16) (#17) & (#18) of Mark Bicks, Stanislav Torgovitsky and Christian Michel of the law firm of Roylance, Abrams, Bendo and Goodman, LLP, to appear as counsel for the defendant in this matter filed on June 1, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motions are **ALLOWED**, and that Mark Bicks, Stanislav Torgovitsky and Christian Michel are hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: June 4, 2007

Dennis L. Howell
United States Magistrate Judge