IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| COMMSCOPE, INC. OF NORTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v | ) ) | |
| HUBBELL INCORPORATED, | ) ) | CIVIL NO. 5:07-CV-026 |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motions for admission *pro hac vice* (#25) (#26) of Jan M. Conlin and Brian A. Mayer of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. , 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402, 612-349-8540, to appear as counsel for the plaintiff in this matter filed on June 18, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motions are **ALLOWED**, and that Jan M. Conlin and Brian A. Mayer are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: June 20, 2007

_____
Dennis L. Howell
United States Magistrate Judge